No. 75–7012. KATZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–8. BAMFORD *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 76–21. BERTUCCI ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–22. FRUCHTMAN *v.* KENTON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 76–23. PATRIARCA *v.* TAYLOR ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–25. DOULIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–27. NAPLES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–51. GOODFRIEND WESTERN CORP., DBA WRANGLER WRANCH *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–55. CENTRAL BANK *v.* SMITH, COMPTROLLER OF THE CURRENCY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–87. WHITELEY *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–88. POGUE, WARDEN *v.* AZBILL. C. A. 9th Cir. Certiorari denied.

No. 76–123. DONKIN'S (A CALIFORNIA CORPORATION) *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.